# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUY, JOSEPH D | § | Case No. 08-73903 |
| LUY, JESSICA K | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 12/01/2008 . The undersigned trustee was appointed on 12/02/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     30,649.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 20.66 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 5,000.00 |
   | Leaving a balance on hand of[1]     $ | 25,628.40 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

UST Form 101-7-TFR (9/1/2009) (Page: 2)

6. The deadline for filing claims in this case was 03/30/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,314.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,314.91 , for a total compensation of $ 3,314.91 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2010          By:/s/DANIEL M. DONAHUE
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 08-73903 | MLB | Judge: MANUEL BARBOSA |
|---|---|---|---|
| Case Name: | LUY, JOSEPH D | | |
| | LUY, JESSICA K | | |
| For Period Ending: | 07/09/10 | | |

| Trustee Name: | DANIEL M. DONAHUE |
|---|---|
| Date Filed (f) or Converted (c): | 12/01/08 (f) |
| 341(a) Meeting Date: | 01/08/09 |
| Claims Bar Date: | 03/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Alpine Bank checking account | 1.00 | 0.00 | DA | 0.00 | FA |
| 4. Durand State Bank checking account | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. MembersAlliance checking account | 10.00 | 0.00 | DA | 0.00 | FA |
| 6. Durand State Bank checkinga ccount | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Durand State Bank savings account | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. MembersAlliance savings account | 3.00 | 0.00 | DA | 0.00 | FA |
| 9. Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Figurines and cabinet collections | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. Wedding ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Treadmill | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. Schwinn mountain bike | 175.00 | 0.00 | DA | 0.00 | FA |
| 15. Life insurance policy | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. 401k | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 2007 Chevrolet Equinox | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 2004 Chevrolet Impala | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 19. Wrongful death claim | 0.00 | 50,000.00 | | 30,646.39 | 19,353.61 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.67 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $161,310.00 | $50,000.00 | | $30,649.06 | $19,353.61 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.10a

FORM 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-73903   MLB   Judge: MANUEL BARBOSA | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | LUY, JOSEPH D | Date Filed (f) or Converted (c): 12/01/08 (f) |
| | LUY, JESSICA K | 341(a) Meeting Date: 01/08/09 |
| | | Claims Bar Date: 03/30/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The decedent estate's wrongful death matter is proceeding toward a settlement. It is expected that the debtor's share out of the decedent estate will be distributed to the bankruptcy estate some time within the next 60 days at which time the trustee will proceed with a review of claims and final report.

Initial Projected Date of Final Report (TFR): 12/01/10        Current Projected Date of Final Report (TFR): 12/01/10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 08-73903 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LUY, JOSEPH D | Bank Name: | BANK OF AMERICA, N.A. |
| | LUY, JESSICA K | Account Number / CD #: | *******1648 MONEY MARKET |
| Taxpayer ID No: | *******8269 | | |
| For Period Ending: | 07/09/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/10 | 19 | WILLIAM CACCIATORE TRUST ACCOUNT RE: ESTATE OF MAR SUE GASKILL, DEC. | INTEREST IN DECEDENT ESTATE | 1149-000 | 30,646.39 | | 30,646.39 |
| 03/31/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 30,646.94 |
| 04/30/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,647.70 |
| 05/07/10 | 001000 | JOSEPH D LUY AND JESSIKA K. LUY PO BOX 16146 LOVES PARK, IL 61132-6146 | DEBTOR'S EXEMPTION | 8100-002 | | 5,000.00 | 25,647.70 |
| 05/28/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 25,648.42 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 20.66 | 25,627.76 |
| 06/30/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,628.40 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,649.06 | 5,020.66 | 25,628.40 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 30,649.06 | 5,020.66 | |
| Less: Payments to Debtors | | 5,000.00 | |
| Net | 30,649.06 | 20.66 | |

| TOTAL - ALL ACCOUNTS MONEY MARKET - *******1648 | NET DEPOSITS 30,649.06 | NET DISBURSEMENTS 20.66 | ACCOUNT BALANCE 25,628.40 |
|---|---|---|---|
| | 30,649.06 | 20.66 | 25,628.40 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     30,649.06     5,020.66

Ver 15.10a

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page: 5)

*[Page rotated 90°. Form 2 — Estate Cash Receipts and Disbursements Record]*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 08-73903 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | LUY, JOSEPH D | Bank Name: | BANK OF AMERICA, N.A. |
| | LUY, JESSICA K | Account Number / CD #: | ******1648 MONEY MARKET |
| Taxpayer ID No: | ******8269 | | |
| For Period Ending: | 07/09/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals    0.00    0.00

LFORM24 UST Form 101-7-TFR (9/1/2009) (Page: 6)    Ver: 15.10a

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 08-73903 | | Page 1 | | Date: July 09, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | LUY, JOSEPH D | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | MCGREEVY WILLIAMS | Administrative | | $6,534.50 | $0.00 | $6,534.50 |
| 001 3120-00 | MCGREEVY WILLIAMS | Administrative | | $71.92 | $0.00 | $71.92 |
| 000001 070 7100-00 | Chase Bank USA NA<br>P.O. BOX 15145<br>Wilmington DE 19850-5145 | Unsecured | | $14,803.66 | $0.00 | $14,803.66 |
| 000003 070 7100-00 | eCAST Settlement Corporation, assignee<br>of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark, NJ 07193-5480 | Unsecured | | $16,688.05 | $0.00 | $16,688.05 |
| 000004 070 7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $20,506.73 | $0.00 | $20,506.73 |
| 000006 070 7100-00 | Membersalliance Credit Union<br>c/o Reilly Law Offices<br>6801 Spring Creek Road, Suite 2D<br>Rockford, IL 61114 | Unsecured | | $10,913.23 | $0.00 | $10,913.23 |
| 000007 070 7100-00 | GE Money Bank dba CARE CREDIT/GEMB<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $1,689.50 | $0.00 | $1,689.50 |
| 000008 070 7100-00 | Swedish American Hospital<br>c/o Dennis A. Brebner & associates<br>860 S. Northpoint Blvd.<br>Waukegan, IL 60085 | Unsecured | | $468.02 | $0.00 | $468.02 |
| 000002 050 4700-00 | Dubuque Bank & Trust<br>P.O. Box 360<br>Dubuque, IA 52004-0360 | Secured | | $99,271.74 | $0.00 | $99,271.74 |
| 000005 050 4700-00 | Membersalliance Credit Union<br>c/o Reilly Law Offices<br>6801 Spring Creek Road, Suite 2D<br>Rockford, IL 61114 | Secured | | $36,503.66 | $0.00 | $36,503.66 |

**EXHIBIT C**
**ANALYSIS OF CLAIMS REGISTER**

| Case Number: | 08-73903 | | Page 2 | | Date: July 09, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | LUY, JOSEPH D | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $207,451.01 | $0.00 | $207,451.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-73903
Case Name: LUY, JOSEPH D
    LUY, JESSICA K
Trustee Name: DANIEL M. DONAHUE

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: DANIEL M. DONAHUE | $ 3,314.91 | $ 0.00 |
| Attorney for trustee: MCGREEVY WILLIAMS | $ 6,534.50 | $ 71.92 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,069.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Chase Bank USA NA* | $ 14,803.66 | $ 3,573.46 |
| *000003* | *eCAST Settlement Corporation, assignee* | $ 16,688.05 | $ 4,028.33 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 20,506.73 | $ 4,950.13 |
| 000006 | Membersalliance Credit Union | $ 10,913.23 | $ 2,634.35 |
| 000007 | GE Money Bank dba CARE CREDIT/GEMB | $ 1,689.50 | $ 407.83 |
| 000008 | Swedish American Hospital | $ 468.02 | $ 112.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

## Summary of Professional Fees

| Professional | | Previous Allowances | Pending Applications | Total Fees And Expenses |
|---|---|---|---|---|
| **Trustee's Attorney** | | | | |
| McGreevy Williams | *Fees* | $0.00 | $6,534.50 | $6,534.50 |
| | *Expenses* | $0.00 | $71.92 | $71.92 |
| **Trustee's Accountants** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Other Professionals** | | | | |
| None | *Fees* | $0.00 | $0.00 | $0.00 |
| | *Expenses* | $0.00 | $0.00 | $0.00 |
| **Totals** | *Fees* | $0.00 | $6,534.50 | $6,534.50 |
| | *Expenses* | $0.00 | $71.92 | $71.92 |
| | | $0.00 | $6,606.42 | $6,606.42 |

**Exhibit G**