# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LUY, JOSEPH D | § | Case No. 08-73903 |
| LUY, JESSICA K | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 08/16/2010 in Courtroom 115,

United States Courthouse
211 S. Court St.
Rockford, IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____

By: /s/ Daniel M. Donahue _____
Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                    §
                                          §
LUY, JOSEPH D                             §      Case No. 08-73903
LUY, JESSICA K                            §
                                          §
            Debtor(s)                     §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 30,649.06 |
| *and approved disbursements of* | $ | 5,020.66 |
| *leaving a balance on hand of*[1] | $ | 25,628.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| *Trustee: DANIEL M. DONAHUE* | $ | 3,314.91 | $ | 0.00 |
| *Attorney for trustee: MCGREEVY* | | | | |
| *WILLIAMS* | $ | 6,534.50 | $ | 71.92 |
| *Appraiser:* | $ | | $ | |
| *Auctioneer:* | $ | | $ | |
| *Accountant:* | $ | | $ | |
| *Special Attorney for trustee:* | $ | | $ | |
| *Charges:* | $ | | $ | |
| *Fees:* | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 65,069.19 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Chase Bank USA NA* | $      14,803.66 | $      3,573.46 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | eCAST Settlement | | |
| 000003 | Corporation, assignee | $ 16,688.05 | $ 4,028.33 |
| | PYOD LLC its successors and | | |
| 000004 | assigns as assignee of | $ 20,506.73 | $ 4,950.13 |
| 000006 | Membersalliance Credit Union | $ 10,913.23 | $ 2,634.35 |
| | GE Money Bank dba CARE | | |
| 000007 | CREDIT/GEMB | $ 1,689.50 | $ 407.83 |
| 000008 | Swedish American Hospital | $ 468.02 | $ 112.97 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Daniel M. Donahue _____

Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez                    Page 1 of 1                    Date Rcvd: Jul 23, 2010
Case: 08-73903               Form ID: pdf006                 Total Noticed: 28

The following entities were noticed by first class mail on Jul 25, 2010.
```
db          +Joseph D. Luy,   15993 Anderson Road,   Pecatonica, IL 61063-9046
jdb         +Jessica K. Luy,   513 Fairview Street,   Durand, IL 61024-9401
aty          Daniel M Donahue,   P. O. Box 2903,   Rockford, IL 61132-2903
aty         +Jason H Rock,   Barrick Switzer Law Office,   6833 Stalter Drive,   First Floor,
              Rockford, IL 61108-2579
tr           Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
12917434    +AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
12917432     Alpine Bank,   Cardmember Service,   P.O. Box 790408,   Saint Louis, MO 63179-0408
12917433    +Alpine Bank,   1700 N. Alpine Road,   Rockford, IL 61107-1459
12917435     Chase,   Cardmember Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
14940999     Chase Bank USA NA,   P.O. BOX 15145,   Wilmington DE 19850-5145
12917437    +Edward Luy,   718 West Stephensen Street,   Freeport, IL 61032-5008
13539478    +Frederickson Counseling PC,   5702 Elain Dr,   Rockford, IL 61108-2458
12917439     HSBC Card Services,   P.O. Box 37281,   Baltimore, MD 21297-3281
12917440    +Members Alliance Credit Union,   2550 S. Alpine Road,   Rockford, IL 61108-7890
13059151    +Membersalliance Credit Union,   c/o Reilly Law Offices,   6801 Spring Creek Road, Suite 2D,
              Rockford, IL 61114-7420
12917441     Menards,   Retail Services,   P.O. Box 17602,   Baltimore, MD 21297-1602
14981611    +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
13514426    +Rockford Orthopedic Assoc,   POB 5247,   Rockford, IL 61125-0247
12917442     Sallie Mae Servicing,   P.O. Box 9532,   Wilkes Barre, PA 18773-9532
12917443    +Sreenan & Cain,   321 W. State Street,   Suite 700,   Rockford, IL 61101-1130
15341337    +Swedish American Hospital,   c/o Dennis A. Brebner & associates,   860 S. Northpoint Blvd.,
              Waukegan, IL 60085-8211
13539479    +Swedish American Hospital,   POB 4448,   Rockford, IL 61110-0948
13514428    +Swedish American Medical Group,   POB 1567,   Rockford, IL 61110-0067
14959269     eCAST Settlement Corporation, assignee,   of HSBC Bank Nevada and its Assigns,   POB 35480,
              Newark, NJ 07193-5480
```

The following entities were noticed by electronic transmission on Jul 23, 2010.
```
13514425    +E-mail/Text: DSTAFFORD@CREDITORSPROTECTION.COM
             Creditors' Protection Service,   POB 4115,   Rockford, IL 61110-0615
12917436     E-mail/Text: Bankruptcy@htlf.com                          Dubuque Bank & Trust,   P.O. Box 360,
             Dubuque, IA 52004-0360
12917438     E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:21   GE Money Bank,   P.O. Box960061,
             Orlando, FL 32896-0061
15122699    +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2010 02:29:21   GE Money Bank dba CARE CREDIT/GEMB,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 4
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Daniel Donahue,   P O Box 2903,   Rockford, IL  61132-2903
13514427    ##+Rockford Orthopedic Assoc,   535 Roxbury Rd,   Rockford, IL 61107-5076
                                                                      TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                                    **Signature:**   *Joseph Speetjens*