UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
| --- | --- | --- |
| | § | |
| LUY, JOSEPH D | § | Case No. 08-73903 |
| LUY, JESSICA K | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/DANIEL M. DONAHUE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSEPH D LUY AND JESSIKA K. LUY |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Alpine Bank 1700 N. Alpine Road Rockford, IL 61107 |  |  |  |  |  |
| Dubuque Bank & Trust P.O. Box 360 Dubuque, IA 52004-0360 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Members Alliance Credit Union 2550 S. Alpine Road Rockford, IL 61108 | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Universal Card Processing Center Des Moines, IA 50363 | | | | | |
| AT&T Universal Card Processing Center Des Moines, IA 50363 | | | | | |
| Alpine Bank Cardmember Service P.O. Box 790408 Saint Louis, MO 63179-0408 | | | | | |
| Creditors' Protection Service 202 W. State St., Suite 300 P.O. Box 4115 Rockford, IL 61110-0615 | | | | | |
| Fredrickson Counseling PC ** 5702 Elaine Drive Rockford, IL 61108-2458 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Menards Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | | | | |
| Rockford Orthopedic Associates 535 Roxbury Road Rockford, IL 61107 | | | | | |
| Rockford Orthopedic Associates P.O. Box 5247 Rockford, IL 61125 | | | | | |
| Sallie Mae Servicing P.O. Box 9532 Wilkes Barre, PA 18773-9532 | | | | | |
| Sreenan & Cain 321 W. State Street Suite 700 Rockford, IL 61101 | | | | | |
| Swedish American Medical Group P.O. Box 1567 Rockford, IL 61110-0067 | | | | | |
| CHASE BANK USA NA | | | | | |
| ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| GE MONEY BANK DBA CARE CREDIT/GEMB | | | | | |
| MEMBERSALLIANCE CREDIT UNION | | | | | |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SWEDISH AMERICAN HOSPITAL | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-73903 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|---|
| Case Name: | LUY, JOSEPH D | | | | Date Filed (f) or Converted (c): | 12/01/08 (f) |
| | LUY, JESSICA K | | | | 341(a) Meeting Date: | 01/08/09 |
| For Period Ending: | 09/23/10 | | | | Claims Bar Date: | 03/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Property | 125,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. Alpine Bank checking account | 1.00 | 0.00 | DA | 0.00 | FA |
| 4. Durand State Bank checking account | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. MembersAlliance checking account | 10.00 | 0.00 | DA | 0.00 | FA |
| 6. Durand State Bank checkinga ccount | 50.00 | 0.00 | DA | 0.00 | FA |
| 7. Durand State Bank savings account | 20.00 | 0.00 | DA | 0.00 | FA |
| 8. MembersAlliance savings account | 3.00 | 0.00 | DA | 0.00 | FA |
| 9. Household goods and furnishings | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 10. Figurines and cabinet collections | 500.00 | 0.00 | DA | 0.00 | FA |
| 11. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. Wedding ring | 500.00 | 0.00 | DA | 0.00 | FA |
| 13. Treadmill | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. Schwinn mountain bike | 175.00 | 0.00 | DA | 0.00 | FA |
| 15. Life insurance policy | 1.00 | 0.00 | DA | 0.00 | FA |
| 16. 401k | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 17. 2007 Chevrolet Equinox | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 2004 Chevrolet Impala | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 19. Wrongful death claim | 0.00 | 50,000.00 | | 30,646.39 | 19,353.61 |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.66 | Unknown |
| TOTALS (Excluding Unknown Values) | $161,310.00 | $50,000.00 | | $30,650.05 | Gross Value of Remaining Assets $19,353.61 (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-73903 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | LUY, JOSEPH D | Date Filed (f) or Converted (c): | 12/01/08 (f) |
| | LUY, JESSICA K | 341(a) Meeting Date: | 01/08/09 |
| | | Claims Bar Date: | 03/30/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The decedent estate's wrongful death matter is proceeding toward a settlement. It is expected that the debtor's share out of the decedent estate will be distributed to the bankruptcy estate some time within the next 60 days at which time the trustee will proceed with a review of claims and final report.

Initial Projected Date of Final Report (TFR): 12/01/10    Current Projected Date of Final Report (TFR): 12/01/10

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-73903 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|
| Case Name: | LUY, JOSEPH D | | Bank Name: | BANK OF AMERICA, N.A. |
| | LUY, JESSICA K | | Account Number / CD #: | *******1648 MONEY MARKET |
| Taxpayer ID No: | *******8269 | | | |
| For Period Ending: | 09/23/10 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/05/10 | 19 | WILLIAM CACCIATORE TRUST ACCOUNT RE: ESTATE OF MAR SUE GASKILL, DEC. | INTEREST IN DECEDENT ESTATE | 1149-000 | 30,646.39 | | 30,646.39 |
| 03/31/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.55 | | 30,646.94 |
| 04/30/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.76 | | 30,647.70 |
| 05/07/10 | 001000 | JOSEPH D LUY AND JESSIKA K. LUY PO BOX 16146 LOVES PARK, IL 61132-6146 | DEBTOR'S EXEMPTION | 8100-002 | | 5,000.00 | 25,647.70 |
| 05/28/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.72 | | 25,648.42 |
| 06/08/10 | 001001 | INTERNATIONAL SURETIES,LTD. 701 POYDRAS ST., STE. 420 NEW ORLEANS, LA 70139 | Blanket Bond #016018067 | 2300-000 | | 20.66 | 25,627.76 |
| 06/30/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.64 | | 25,628.40 |
| 07/30/10 | 20 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.65 | | 25,629.05 |
| 08/17/10 | 20 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.34 | | 25,629.39 |
| 08/17/10 | | Transfer to Acct #*******1800 | Final Posting Transfer | 9999-000 | | 25,629.39 | 0.00 |

| | | | | COLUMN TOTALS | 30,650.05 | 30,650.05 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers/CD's | 0.00 | 25,629.39 | |
| | | | Subtotal | | 30,650.05 | 5,020.66 | |
| | | | | Less: Payments to Debtors | | 5,000.00 | |
| | | | Net | | 30,650.05 | 20.66 | |

Page Subtotals          30,650.05    30,650.05

Ver: 15.20

LFORM24
UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-73903 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | LUY, JOSEPH D | Bank Name: | BANK OF AMERICA, N.A. |
| | LUY, JESSICA K | Account Number / CD #: | *******1800 GENERAL CHECKING |
| Taxpayer ID No: | *******8269 | | |
| For Period Ending: | 09/23/10 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/10 | | Transfer from Acct #*******1648 | Transfer In From MMA Account | 9999-000 | 25,629.39 | | 25,629.39 |
| 08/19/10 | 000100 | DANIEL M. DONAHUE, TRUSTEE P.O. BOX 2903 ROCKFORD, IL 61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 3,314.91 | 22,314.48 |
| 08/19/10 | 000101 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 6,534.50 | 15,779.98 |
| 08/19/10 | 000102 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 71.92 | 15,708.06 |
| 08/19/10 | 000103 | Chase Bank USA NA P.O. BOX 15145 Wilmington DE 19850-5145 | Claim 000001, Payment 24.1% | 7100-000 | | 3,573.68 | 12,134.38 |
| 08/19/10 | 000104 | eCAST Settlement Corporation, assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark, NJ 07193-5480 | Claim 000003, Payment 24.1% | 7100-000 | | 4,028.59 | 8,105.79 |
| 08/19/10 | 000105 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Claim 000004, Payment 24.1% | 7100-000 | | 4,950.44 | 3,155.35 |
| 08/19/10 | 000106 | Membersalliance Credit Union c/o Reilly Law Offices 6801 Spring Creek Road, Suite 2D Rockford, IL 61114 | Claim 000006, Payment 24.1% | 7100-000 | | 2,634.51 | 520.84 |
| 08/19/10 | 000107 | GE Money Bank dba CARE CREDIT/GEMB Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | Claim 000007, Payment 24.1% | 7100-000 | | 407.85 | 112.99 |
| 08/19/10 | 000108 | Swedish American Hospital c/o Dennis A. Brebner & associates 860 S. Northpoint Blvd. | Claim 000008, Payment 24.1% | 7100-000 | | 112.99 | 0.00 |
| | | | Page Subtotals | | 25,629.39 | 25,629.39 | |

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 08-73903 -MLB
Case Name: LUY, JOSEPH D
LUY, JESSICA K
Taxpayer ID No: *******8269
For Period Ending: 09/23/10

Trustee Name: DANIEL M. DONAHUE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******1800 GENERAL CHECKING

Blanket Bond (per case limit): $ 1,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Waukegan, IL 60085 | | | | | |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 25,629.39 | 25,629.39 | 0.00 |
| | Less: Bank Transfers/CD's | 25,629.39 | 0.00 | |
| | Subtotal | 0.00 | 25,629.39 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 25,629.39 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - ********1648 | 30,650.05 | 20.66 | 0.00 |
| GENERAL CHECKING - ********1800 | 0.00 | 25,629.39 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30,650.05 | 25,650.05 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

Ver: 15.20

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 12)*